21887. GEORGIA POWER & LIGHT COMPANY *v.* WADE.

BROYLES, C. J. 1. The amended petition was not subject to the demurrer interposed.

2. The verdict was authorized by the evidence, and the special grounds of the motion for a new trial disclose no reversible error of law. The refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 12, 1932. REHEARING DENIED FEBRUARY 16, 1932.

*A. B. Conger,* for plaintiff in error.
*R. G. Hartsfield, D. R. Bryan,* contra.